No. 1003. DORCHESTER CORPORATION *v.* NATURAL GAS PIPELINE CO. OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied. *Gene M. Woodfin* for petitioner. *Solicitor General Rankin* for the Federal Power Commission, and *Carl McGowan* for the Natural Gas Pipeline Co. of America, respondents.

No. 1004. KNIGHT MORLEY CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John F. Langs* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Owsley Vose* for respondent.

No. 1006. SCIRIA *v.* LEHMANN, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *Henry C. Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 1007. CROW *v.* FAULKNER ET AL., DISBARMENT COMMITTEE. Supreme Court of Ohio. Certiorari denied. *Reed M. Winegardner* and *J. Harvey Crow* for petitioner. *D. Harland Jackman* and *Edwin L. English* for respondents.

No. 728, Misc. MILLER *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1033. BROOKS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Rudolph F. Becker, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.